### 151

Aramise Fazzi
vs. } No. 34028
Rhode Island Company

April 19, 1918

BLODGETT, J. Heard on motion of the defendant for a new trial, January 26, 1918.

This is one of a number of typical actions brought against the defendant, a carrier of passengers, for an accident resulting from an alleged attempt of a passenger to alight from a standing car, and being thrown to the ground by reason of the sudden starting of the car before the passenger was fully off. Verdict, $1000.

(Discussion of Testimony.)

Motion denied.

For Plaintiff: Pettine & De Pasquale.

For Defendant: Clifford Whipple and F. W. O'Connell.